No. 11-6041. Ronald Earl Coleman, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.

565 U.S. 953, 132 S. Ct. 425, 181 L. Ed. 2d 276, 2011 U.S. LEXIS 7366.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 248.